FILED

08 AUG 20 PM 4:43

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>         Plaintiff, )<br>)<br>    v. )<br>)<br>JORGE SANCHEZ-RODRIGUEZ, )<br>)<br>         Defendant. )<br>_____) | Criminal Case No. '08 CR 2801 JM<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Secs. 1326(a)<br>and (b) - Deported Alien Found<br>in the United States |

The grand jury charges:

On or about May 22, 2008, within the Southern District of California, defendant JORGE SANCHEZ-RODRIGUEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CEK:fer:Imperial
8/19/08

1  It is further alleged that defendant JORGE SANCHEZ-RODRIGUEZ was
2  removed from the United States subsequent to October 7, 2005.
3  DATED: August 20, 2008.

A TRUE BILL:

/s/
Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/
CHARLOTTE E. KAISER
Assistant U.S. Attorney