FILED

08 AUG 20 PM 4:34

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2801 JM |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| JORGE SANCHEZ-RODRIGUEZ, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Jorge Sanchez-Rodriguez, Criminal Case No. 08CR2085JM.

DATED: August 20, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney